JS6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

BRIAN RIVERA,

Plaintiff,

vs.

INTELLIRENT SOLUTIONS, INC.,

Defendant.

Case No.: 2:26-cv-03151-RGK-PVC

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT INTELLIRENT SOLUTIONS, INC.**

**[21]**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Intellirent Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Intellirent Solutions, Inc. with each Party to bear its own costs and fees.

All hearings and deadlines, if any, are terminated. The Clerk shall close this action.

**IT IS SO ORDERED.**

Dated: 7/29/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE